# Matter Worked Detail Report
Worked between 01/01/1900 thru 12/31/3000

**0748.000303: Camelot Construction**

| Date Worked | Timekeeper | Description | Hours | Hourly Rate | Fees |
|---|---|---|---|---|---|
| *Acklin, Amanda* | | | | | |
| 06/09/2014 | Acklin, Amanda | Review and update file regarding scheduling order, email regarding same, update deadlines regarding same, conferences regarding same | 0.70 | 155.00 | 108.50 |
| 06/11/2014 | Acklin, Amanda | Draft and revise proposed discovery plan, legal research regarding same and email regarding same | 1.10 | 155.00 | 170.50 |
| 06/24/2014 | Acklin, Amanda | Exchange email regarding pre trial conference, review and revise deadlines regarding scheduling order, update file regarding same | 0.30 | 155.00 | 46.50 |
| 06/25/2014 | Acklin, Amanda | Update file regarding scheduling order and revise deadlines regarding same | 0.30 | 155.00 | 46.50 |
| 08/13/2014 | Acklin, Amanda | Update file regarding motion to withdraw and notice of waiver of oral argument | 0.30 | 155.00 | 46.50 |
| 09/24/2014 | Acklin, Amanda | Update deadline regarding deadline for defendant to enter new counsel | 0.10 | 155.00 | 15.50 |
| 10/03/2014 | Acklin, Amanda | Update file regarding order regarding Answer filed in the case | 0.10 | 155.00 | 15.50 |
| **Total For Acklin, Amanda** | | | **Total Hours 2.90** | | **Total Fees 449.50** |
| *Leins, Christopher M* | | | | | |
| 01/23/2014 | Leins, Christopher | Review file and accurint report | 0.50 | 280.00 | 140.00 |
| 01/24/2014 | Leins, Christopher | Review and revise complaint | 0.70 | 280.00 | 196.00 |
| 01/27/2014 | Leins, Christopher | Revise interest calculation and complaint | 0.30 | 280.00 | 84.00 |
| 02/01/2014 | Leins, Christopher | Revise complaint | 0.30 | 280.00 | 84.00 |
| 02/11/2014 | Leins, Christopher | Review and prepare complaint for filing | 0.20 | 280.00 | 56.00 |
| 02/28/2014 | Leins, Christopher | Prepare correspondence regarding service by long-arm statute | 0.20 | 280.00 | 56.00 |
| 03/11/2014 | Leins, Christopher | Legal research regarding service under long-arm statute | 0.20 | 280.00 | 56.00 |
| 03/12/2014 | Leins, Christopher | Review affidavit of service on secretary of commonwealth | 0.20 | 280.00 | 56.00 |
| 03/13/2014 | Leins, Christopher | Prepare correspondence to Fund office regarding status of motion for default | 0.20 | 280.00 | 56.00 |
| 03/13/2014 | Leins, Christopher | Review and revise declaration of Alex Dyer in support of motion for default judgment | 0.50 | 280.00 | 140.00 |
| 04/07/2014 | Leins, Christopher | Prepare correspondence regarding settlement | 0.20 | 255.00 | 51.00 |
| 04/11/2014 | Leins, Christopher | Prepare correspondence to Fund Office regarding amendment of complaint | 0.20 | 255.00 | 51.00 |
| 04/11/2014 | Leins, Christopher | Conference regarding amended complaint | 0.20 | 255.00 | 51.00 |
| 04/14/2014 | Leins, Christopher | Prepare correspondence regarding amended complaint | 0.20 | 255.00 | 51.00 |
| 04/14/2014 | Leins, Christopher | Conference regarding amended complaint | 0.10 | 255.00 | 25.50 |
| 04/14/2014 | Leins, Christopher | Review and revise amended complaint | 0.50 | 255.00 | 140.00 |
| 04/15/2014 | Leins, Christopher | Revise amended complaint | 0.70 | 255.00 | 178.50 |
| 04/15/2014 | Leins, Christopher | Conference regarding amended complaint | 0.10 | 255.00 | 25.50 |
| 04/16/2014 | Leins, Christopher | Review amended complaint | 0.30 | 255.00 | 76.50 |
| 04/16/2014 | Leins, Christopher | Prepare correspondence regarding revisions to amended complaint | 0.20 | 255.00 | 51.00 |
| 04/17/2014 | Leins, Christopher | Prepare correspondence regarding status of collective | 0.20 | 255.00 | 51.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | bargaining agreement | | | |
| 04/17/2014 | Leins, Christopher | Telephone call regarding amendment of complaint | 0.10 | 255.00 | 25.50 |
| 04/17/2014 | Leins, Christopher | Conference regarding amended complaint | 0.10 | 255.00 | 25.50 |
| 04/22/2014 | Leins, Christopher | Telephone call regarding amended complaint | 0.10 | 255.00 | 25.50 |
| 04/22/2014 | Leins, Christopher | Review and revise amended complaint | 0.40 | 255.00 | 102.00 |
| 04/24/2014 | Leins, Christopher | Telephone call regarding acceleration of withdrawal liability | 0.10 | 255.00 | 25.50 |
| 05/22/2014 | Leins, Christopher | Review answer and grounds of defense | 0.20 | 255.00 | 51.00 |
| 05/29/2014 | Leins, Christopher | Telephone call with opposing counsel regarding settlement | 0.20 | 255.00 | 51.00 |
| 05/29/2014 | Leins, Christopher | Review file | 0.30 | 255.00 | 76.50 |
| 05/29/2014 | Leins, Christopher | Prepare correspondence regarding status of case | 0.20 | 255.00 | 51.00 |
| 06/03/2014 | Leins, Christopher | Prepare correspondence to opposing counsel | 0.20 | 255.00 | 51.00 |
| 06/04/2014 | Leins, Christopher | Prepare correspondence regarding response to opposing counsel's request for documents | 0.20 | 255.00 | 51.00 |
| 06/09/2014 | Leins, Christopher | Prepare correspondence regarding joint discovery plan and opposing counsel's request for documents | 0.20 | 255.00 | 51.00 |
| 06/10/2014 | Leins, Christopher | Prepare correspondence to opposing counsel regarding discovery plan and documents in support of withdrawal liability assessment | 0.70 | 255.00 | 178.50 |
| 06/11/2014 | Leins, Christopher | Review and revise memorandum in support of default judgment | 0.40 | 255.00 | 102.00 |
| 06/11/2014 | Leins, Christopher | Review file | 0.30 | 255.00 | 76.50 |
| 06/11/2014 | Leins, Christopher | Review and revise joint discovery plan | 0.60 | 255.00 | 153.00 |
| 06/11/2014 | Leins, Christopher | Prepare correspondence to opposing counsel regarding joint discovery plan | 0.20 | 255.00 | 51.00 |
| 06/11/2014 | Leins, Christopher | Telephone call regarding joint discovery plan | 0.30 | 255.00 | 76.50 |
| 06/11/2014 | Leins, Christopher | Prepare correspondence regarding consent to judgment and settlement in lieu of execution | 0.20 | 255.00 | 51.00 |
| 06/13/2014 | Leins, Christopher | Review and analyze settlement offer | 0.50 | 255.00 | 127.50 |
| 06/13/2014 | Leins, Christopher | Prepare correspondence regarding settlement offer | 0.30 | 255.00 | 76.50 |
| 06/13/2014 | Leins, Christopher | Review file | 0.70 | 255.00 | 178.50 |
| 06/13/2014 | Leins, Christopher | Conference regarding settlement negotiations | 0.10 | 255.00 | 25.50 |
| 06/18/2014 | Leins, Christopher | Prepare correspondence with opposing counsel regarding settlement proposal | 0.10 | 255.00 | 25.50 |
| 06/23/2014 | Leins, Christopher | Telephone call to business representative at local union | 0.30 | 255.00 | 76.50 |
| 06/23/2014 | Leins, Christopher | Review file | 0.40 | 255.00 | 102.00 |
| 06/23/2014 | Leins, Christopher | Prepare settlement recommendation to Fund office | 1.10 | 255.00 | 280.50 |
| 06/24/2014 | Leins, Christopher | Revise settlement recommendation | 0.80 | 255.00 | 204.00 |
| 06/24/2014 | Leins, Christopher | Conference regarding settlement recommendation | 0.20 | 255.00 | 51.00 |
| 06/24/2014 | Leins, Christopher | Telephone call to opposing counsel regarding settlement negotiations | 0.10 | 255.00 | 25.50 |
| 06/24/2014 | Leins, Christopher | Review and analyze scheduling order | 0.10 | 255.00 | 25.50 |
| 06/30/2014 | Leins, Christopher | Review and analyze settlement proposal from employer | 0.30 | 255.00 | 76.50 |
| 06/30/2014 | Leins, Christopher | Prepare correspondence regarding settlement proposal from employer | 0.20 | 255.00 | 51.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/30/2014 | Leins, Christopher | Prepare correspondence regarding settlement negotiations, conference regarding same | 0.60 | 255.00 | 153.00 |
| 07/07/2014 | Leins, Christopher | Draft Rule 26(a) initial disclosures | 1.00 | 255.00 | 255.00 |
| 07/07/2014 | Leins, Christopher | Prepare correspondence to Fund Office regarding initial disclosures | 0.10 | 255.00 | 25.50 |
| 07/08/2014 | Leins, Christopher | Prepare correspondence to opposing counsel regarding initial disclosures | 0.20 | 255.00 | 51.00 |
| 07/09/2014 | Leins, Christopher | Telephone call with opposing counsel regarding delinquent contribution payment and settlement negotiations | 0.30 | 255.00 | 76.50 |
| 07/10/2014 | Leins, Christopher | Review defendant's initial disclosures and documents produced | 0.60 | 255.00 | 153.00 |
| 07/10/2014 | Leins, Christopher | Telephone call with Fund Office regarding audit | 0.30 | 255.00 | 76.50 |
| 07/10/2014 | Leins, Christopher | Review employer audit | 0.40 | 255.00 | 102.00 |
| 07/10/2014 | Leins, Christopher | Telephone call with opposing counsel regarding settlement negotiations | 0.30 | 255.00 | 76.50 |
| 07/23/2014 | Leins, Christopher | Telephone call with opposing counsel regarding settlement negotiations | 0.20 | 255.00 | 51.00 |
| 07/23/2014 | Leins, Christopher | Prepare correspondence regarding settlement offer | 0.20 | 255.00 | 51.00 |
| 07/24/2014 | Leins, Christopher | Conference regarding settlement offer | 0.10 | 255.00 | 25.50 |
| 07/24/2014 | Leins, Christopher | Prepare settlement recommendation | 0.60 | 255.00 | 153.00 |
| 07/25/2014 | Leins, Christopher | Prepare correspondence regarding counteroffer | 0.10 | 255.00 | 25.50 |
| 07/25/2014 | Leins, Christopher | Prepare correspondence to opposing counsel regarding settlement negotiations | 0.20 | 255.00 | 51.00 |
| 07/30/2014 | Leins, Christopher | Review and prepare correspondence regarding motion to withdraw | 0.20 | 255.00 | 51.00 |
| 07/31/2014 | Leins, Christopher | Review Answer and assess need for discovery | 0.50 | 255.00 | 127.50 |
| 08/01/2014 | Leins, Christopher | Draft interrogatories | 2.00 | 255.00 | 510.00 |
| 08/01/2014 | Leins, Christopher | Draft requests for production of documents | 2.00 | 255.00 | 510.00 |
| 08/01/2014 | Leins, Christopher | Conference regarding discovery responses | 0.10 | 255.00 | 25.50 |
| 08/04/2014 | Leins, Christopher | Prepare correspondence regarding discovery requests | 0.10 | 255.00 | 25.50 |
| 08/08/2014 | Leins, Christopher | Review file and discovery deadlines | 0.20 | 255.00 | 51.00 |
| 08/12/2014 | Leins, Christopher | Review motion for miscellaneous relief | 0.10 | 255.00 | 25.50 |
| 08/12/2014 | Leins, Christopher | Prepare correspondence regarding withdrawal of opposing counsel | 0.20 | 255.00 | 51.00 |
| 08/20/2014 | Leins, Christopher | Prepare correspondence regarding potential bankruptcy of employer | 0.20 | 255.00 | 51.00 |
| 08/20/2014 | Leins, Christopher | Telephone call regarding discovery requests | 0.10 | 255.00 | 25.50 |
| 08/22/2014 | Leins, Christopher | Review file | 0.20 | 255.00 | 51.00 |
| 08/22/2014 | Leins, Christopher | Conference regarding status of case | 0.30 | 255.00 | 76.50 |
| 08/27/2014 | Leins, Christopher | Review discovery requests and scheduling orders | 0.20 | 255.00 | 51.00 |
| 08/28/2014 | Leins, Christopher | Review bankruptcy docket | 0.20 | 255.00 | 51.00 |
| 08/28/2014 | Leins, Christopher | Review file | 0.20 | 255.00 | 51.00 |
| 08/28/2014 | Leins, Christopher | Telephone call to employer | 0.10 | 255.00 | 25.50 |
| 09/03/2014 | Leins, Christopher | Research status of employer | 0.30 | 255.00 | 76.50 |
| 09/03/2014 | Leins, Christopher | Prepare correspondence to opposing counsel regarding discovery and motion for summary judgment | 0.30 | 255.00 | 76.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/2014 | Leins, Christopher | Review and prepare correspondence to business representative for local union regarding status of employer | 0.30 | 255.00 | 76.50 |
| 09/04/2014 | Leins, Christopher | Review additional information from local union regarding employer status | 0.20 | 255.00 | 51.00 |
| 09/04/2014 | Leins, Christopher | Telephone call with employer regarding settlement negotiations | 0.50 | 255.00 | 127.50 |
| 09/04/2014 | Leins, Christopher | Research default for company proceeding pro se | 0.40 | 255.00 | 102.00 |
| 09/04/2014 | Leins, Christopher | Draft motion to strike answer, supporting memorandum and proposed order | 1.80 | 255.00 | 459.00 |
| 09/05/2014 | Leins, Christopher | Telephone call to employer regarding settlement negotiations | 0.10 | 255.00 | 25.50 |
| 09/08/2014 | Leins, Christopher | Research regarding employer's obligations under Collective Bargaining Agreement | 0.30 | 255.00 | 76.50 |
| 09/09/2014 | Leins, Christopher | Telephone call to employer regarding settlement negotiations | 0.10 | 255.00 | 25.50 |
| 09/09/2014 | Leins, Christopher | Draft correspondence to employer regarding settlement | 0.30 | 255.00 | 76.50 |
| 09/11/2014 | Leins, Christopher | Review and prepare correspondence to employer regarding settlement negotiations | 0.20 | 255.00 | 51.00 |
| 09/16/2014 | Leins, Christopher | Prepare correspondence with employer regarding motion to strike Answer | 0.20 | 255.00 | 51.00 |
| 09/18/2014 | Leins, Christopher | Draft notice of waiver of oral argument | 0.20 | 255.00 | 51.00 |
| 09/18/2014 | Leins, Christopher | Prepare correspondence regarding motion to strike answer | 0.20 | 255.00 | 51.00 |
| 09/19/2014 | Leins, Christopher | Prepare correspondence regarding filing motion to strike | 0.10 | 255.00 | 25.50 |
| 09/19/2014 | Leins, Christopher | Review motion to strike for filing | 0.20 | 255.00 | 51.00 |
| 09/23/2014 | Leins, Christopher | Review case docket | 0.10 | 255.00 | 25.50 |
| 09/24/2014 | Leins, Christopher | Review and prepare correspondence regarding order on motion to strike and default of defendant | 0.20 | 255.00 | 51.00 |
| 10/06/2014 | Leins, Christopher | Prepare correspondence regarding motion for default judgment | 0.20 | 255.00 | 51.00 |
| 10/06/2014 | Leins, Christopher | Review and revise request for entry of default and proposed entry of default | 0.60 | 255.00 | 153.00 |
| 10/08/2014 | Leins, Christopher | Prepare correspondence regarding motion for default judgment and memorandum in support | 0.10 | 255.00 | 25.50 |
| 10/13/2014 | Leins, Christopher | Review and revise declarations in support of motion for summary judgment | 1.00 | 255.00 | 255.00 |
| 10/13/2014 | Leins, Christopher | Review and revise motion for summary judgment | 0.50 | 255.00 | 127.50 |
| 10/13/2014 | Leins, Christopher | Conference regarding declarations in support of motion for summary judgment | 0.20 | 255.00 | 51.00 |
| 10/14/2014 | Leins, Christopher | Conferences regarding revised assessment of withdrawal liability | 0.50 | 255.00 | 127.50 |
| 10/14/2014 | Leins, Christopher | Review file regarding revised assessment of withdrawal liability | 0.20 | 255.00 | 51.00 |
| 10/14/2014 | Leins, Christopher | Review and revise Dyer declaration | 0.20 | 255.00 | 51.00 |
| 10/14/2014 | Leins, Christopher | Draft motion for leave to file second amended complaint | 0.50 | 255.00 | 127.50 |
| 10/15/2014 | Leins, Christopher | Conference regarding motion for default judgment hearing | 0.20 | 255.00 | 51.00 |
| 10/15/2014 | Leins, Christopher | Draft and revise motion to vacate default and motion for leave to file second amended complaint | 1.40 | 255.00 | 357.00 |
| 10/15/2014 | Leins, Christopher | Review and revise second amended complaint | 0.70 | 255.00 | 178.50 |
| 10/15/2014 | Leins, Christopher | Telephone call to clerk of court regarding pretrial conference | 0.10 | 255.00 | 25.50 |
| 10/15/2014 | Leins, Christopher | Conference regarding acceleration of withdrawal liability and second amended complaint | 0.30 | 255.00 | 76.50 |

| Date | Attorney | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 10/15/2014 | Leins, Christopher | Draft memorandum to trustees recommending acceleration of withdrawal liability | 0.70 | 255.00 | 178.50 |
| 10/15/2014 | Leins, Christopher | Prepare correspondence to Fund office regarding status of Camelot Construction, Inc. president | 0.10 | 255.00 | 25.50 |
| 10/20/2014 | Leins, Christopher | Review order vacating default | 0.10 | 255.00 | 25.50 |
| 10/20/2014 | Leins, Christopher | Prepare correspondence regarding amended complaint | 0.20 | 255.00 | 51.00 |
| 11/14/2014 | Leins, Christopher | Review docket and status of response to amended complaint | 0.20 | 255.00 | 51.00 |
| 12/10/2014 | Leins, Christopher | Review and revise motion requesting entry of default | 0.30 | 255.00 | 76.50 |
| 12/10/2014 | Leins, Christopher | Prepare correspondence regarding service of second amended complaint | 0.10 | 255.00 | 25.50 |
| 12/11/2014 | Leins, Christopher | Conference regarding request for entry of default and service by secretary of commonwealth | 0.20 | 255.00 | 51.00 |
| 12/19/2014 | Leins, Christopher | Review file and prepare correspondence regarding motion for default and supporting memorandum and affidavits | 0.30 | 255.00 | 76.50 |
| 12/22/2014 | Leins, Christopher | Review file and revise declaration in support of default judgment | 0.60 | 255.00 | 153.00 |
| 12/30/2014 | Leins, Christopher | Review file and revise motion for default judgment and declarations in support of motion for default judgment | 1.80 | 255.00 | 459.00 |
| 12/30/2014 | Leins, Christopher | Conference regarding Shaw declaration in support of motion for default judgment | 0.10 | 255.00 | 25.50 |
| 01/02/2015 | Leins, Christopher | Review and revise motion for default judgment and supporting affidavits | 1.10 | 255.00 | 280.50 |
| **Total For Leins, Christopher M** | | | **Total Hours 47.00** | | **Total Fees 12,067.50** |

*Naji, Sarah G.*

| Date | Attorney | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 07/23/2013 | Naji, Sarah | Review asset search memo and related documents | 0.20 | 270.00 | 54.00 |
| 07/23/2013 | Naji, Sarah | Conference regarding asset search | 0.10 | 270.00 | 27.00 |
| 01/15/2014 | Naji, Sarah | Conference regarding complaint | 0.10 | 280.00 | 28.00 |
| 01/22/2014 | Naji, Sarah | Exchange emails regarding complaint | 0.10 | 280.00 | 28.00 |
| **Total For Naji, Sarah G.** | | | **Total Hours 0.50** | | **Total Fees 137.00** |

*Rifkind, Marc H.*

| Date | Attorney | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 02/03/2014 | Rifkind, Marc | Review and revise complaint | 0.30 | 320.00 | 96.00 |
| 02/11/2014 | Rifkind, Marc | Review and revise complaint | 0.20 | 320.00 | 64.00 |
| 04/17/2014 | Rifkind, Marc | Conference regarding strategy | 0.20 | 290.00 | 58.00 |
| 06/13/2014 | Rifkind, Marc | Conference regarding settlement offer and response | 0.30 | 290.00 | 87.00 |
| 06/23/2014 | Rifkind, Marc | Review draft settlement recommendation; prepare correspondence regarding same | 0.20 | 290.00 | 58.00 |
| 06/24/2014 | Rifkind, Marc | Prepare correspondence regarding settlement rejection; conference regarding same | 0.20 | 290.00 | 58.00 |
| 06/30/2014 | Rifkind, Marc | Conference regarding settlement response | 0.20 | 290.00 | 58.00 |
| 07/07/2014 | Rifkind, Marc | Review and revise initial disclosures | 0.20 | 290.00 | 29.00 |
| 07/23/2014 | Rifkind, Marc | Review correspondence regarding settlement offer; prepare correspondence regarding same | 0.20 | 290.00 | 58.00 |
| 07/24/2014 | Rifkind, Marc | Conference regarding response to settlement offer | 0.20 | 290.00 | 58.00 |
| 07/25/2014 | Rifkind, Marc | Prepare settlement rejection recommendation | 0.30 | 290.00 | 87.00 |
| 08/01/2014 | Rifkind, Marc | Conference regarding response to settlement offer and discovery strategy | 0.20 | 290.00 | 58.00 |

| Date | Attorney | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 08/04/2014 | Rifkind, Marc | Review and revise discovery requests | 0.40 | 290.00 | 116.00 |
| 09/18/2014 | Rifkind, Marc | Review and revise motion to strike answer | 0.30 | 290.00 | 87.00 |
| 10/14/2014 | Rifkind, Marc | Conference regarding strategy | 0.30 | 290.00 | 87.00 |
| 10/15/2014 | Rifkind, Marc | Review and revise recommendation to accelerate; conference regarding same | 0.40 | 290.00 | 116.00 |
| 10/15/2014 | Rifkind, Marc | Review and revise amended complaint and motion for leave | 0.40 | 290.00 | 116.00 |
| **Total For Rifkind, Marc H.** | | | **Total Hours 4.50** | | **Total Fees 1,320.00** |

*Savitsky, Shane M.*

| Date | Attorney | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 07/17/2013 | Savitsky, Shane | Review email regarding new referral | 0.10 | 150.00 | 15.00 |
| 07/17/2013 | Savitsky, Shane | Send and receive email to open new matter number | 0.10 | 150.00 | 15.00 |
| 07/17/2013 | Savitsky, Shane | Review referral | 0.50 | 150.00 | 75.00 |
| 07/23/2013 | Savitsky, Shane | Perform asset search | 1.50 | 150.00 | 225.00 |
| 07/24/2013 | Savitsky, Shane | Revise asset search summary | 0.40 | 150.00 | 60.00 |
| 01/10/2014 | Savitsky, Shane | Conference regarding filing of complaint | 0.10 | 155.00 | 15.50 |
| 01/10/2014 | Savitsky, Shane | Research and review case status | 0.30 | 155.00 | 46.50 |
| 01/15/2014 | Savitsky, Shane | Conference regarding case status | 0.20 | 155.00 | 31.00 |
| 01/15/2014 | Savitsky, Shane | Draft complaint | 1.20 | 155.00 | 186.00 |
| 01/15/2014 | Savitsky, Shane | Conference regarding case status and possible immediate acceleration | 0.20 | 155.00 | 31.00 |
| 01/15/2014 | Savitsky, Shane | Research company's operating status | 0.50 | 155.00 | 77.50 |
| 01/15/2014 | Savitsky, Shane | Draft immediate acceleration memorandum to Fund | 0.70 | 155.00 | 108.50 |
| 01/16/2014 | Savitsky, Shane | Research controlled group entities | 1.00 | 155.00 | 155.00 |
| 01/23/2014 | Savitsky, Shane | Send email regarding controlled group status | 0.10 | 155.00 | 15.50 |
| 01/27/2014 | Savitsky, Shane | Review email regarding complaint revisions | 0.10 | 155.00 | 15.50 |
| 02/11/2014 | Savitsky, Shane | Revise complaint | 0.30 | 155.00 | 46.50 |
| 02/11/2014 | Savitsky, Shane | Conference regarding complaint status and revisions | 0.20 | 155.00 | 31.00 |
| 02/11/2014 | Savitsky, Shane | Prepare documents for complaint filing | 0.30 | 155.00 | 46.50 |
| 02/12/2014 | Savitsky, Shane | Prepare complaint for filing | 0.20 | 155.00 | 31.00 |
| 02/14/2014 | Savitsky, Shane | Update file with new entries to case docket | 0.10 | 155.00 | 15.50 |
| 02/18/2014 | Savitsky, Shane | Draft documents for service of complaint | 0.30 | 155.00 | 46.50 |
| 02/25/2014 | Savitsky, Shane | Send and review emails to process server regarding | 0.20 | 155.00 | 31.00 |
| 02/25/2014 | Savitsky, Shane | Research possible alternate address for service | 1.00 | 155.00 | 155.00 |
| 02/28/2014 | Savitsky, Shane | Telephone conference regarding service strategy | 0.10 | 155.00 | 15.50 |
| 02/28/2014 | Savitsky, Shane | Conference regarding service strategy | 0.10 | 155.00 | 15.50 |
| 02/28/2014 | Savitsky, Shane | Review and send emails regarding issues with service | 0.10 | 155.00 | 15.50 |
| 02/28/2014 | Savitsky, Shane | Telephone conference with Court regarding service through long arm statute | 0.10 | 155.00 | 15.50 |
| 02/28/2014 | Savitsky, Shane | Research Virginia long arm statute | 0.50 | 155.00 | 77.50 |
| 03/06/2014 | Savitsky, Shane | Draft amended summonses | 0.20 | 155.00 | 31.00 |
| 03/06/2014 | Savitsky, Shane | File amended summonses | 0.20 | 155.00 | 31.00 |
| 03/06/2014 | Savitsky, Shane | Telephone conference with clerk regarding rejection of | 0.10 | 155.00 | 15.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | amended summonses | | | |
| 03/06/2014 | Savitsky, Shane | Research procedure for service through Secretary of Commonwealth | 0.40 | 155.00 | 62.00 |
| 03/07/2014 | Savitsky, Shane | Revise amended summons | 0.20 | 155.00 | 31.00 |
| 03/07/2014 | Savitsky, Shane | File amended summons | 0.20 | 155.00 | 31.00 |
| 03/07/2014 | Savitsky, Shane | Telephone conference with Court regarding filing of amended summons | 0.10 | 155.00 | 15.50 |
| 03/11/2014 | Savitsky, Shane | Revise cover letter to clerk for amended summons | 0.20 | 155.00 | 31.00 |
| 03/11/2014 | Savitsky, Shane | Draft documents for service through Secretary of Commonwealth | 0.50 | 155.00 | 77.50 |
| 03/11/2014 | Savitsky, Shane | Telephone conference regarding service through Secretary of Commonwealth | 0.20 | 155.00 | 31.00 |
| 03/12/2014 | Savitsky, Shane | Draft documents for service through Secretary of Commonwealth | 0.70 | 155.00 | 108.50 |
| 03/12/2014 | Savitsky, Shane | Conference regarding document drafts for service through Secretary of Commonwealth | 0.30 | 155.00 | 46.50 |
| 03/12/2014 | Savitsky, Shane | Revise documents for service of process through Secretary of Commonwealth | 0.20 | 155.00 | 31.00 |
| 04/11/2014 | Savitsky, Shane | Review delinquency referral | 0.60 | 145.00 | 87.00 |
| 04/14/2014 | Savitsky, Shane | Draft amended complaint | 1.80 | 145.00 | 261.00 |
| 04/16/2014 | Savitsky, Shane | Prepare and review correspondence regarding amounts owed, revise amended complaint | 0.50 | 145.00 | 72.50 |
| 04/18/2014 | Savitsky, Shane | Revise amended complaint | 0.20 | 145.00 | 29.00 |
| 04/22/2014 | Savitsky, Shane | Revise amended complaint | 0.20 | 145.00 | 29.00 |
| 04/22/2014 | Savitsky, Shane | Draft documents for service of process | 0.30 | 145.00 | 46.50 |
| 04/24/2014 | Savitsky, Shane | File amended complaint and supporting documents | 0.40 | 145.00 | 58.00 |
| 04/28/2014 | Savitsky, Shane | Draft and revise documents for service of process via Virginia Secretary of the Commonwealth | 0.40 | 145.00 | 58.00 |
| 05/07/2014 | Savitsky, Shane | Update file with new entries to case docket | 0.10 | 145.00 | 14.50 |
| 05/22/2014 | Savitsky, Shane | Update file with new entries to case docket | 0.10 | 145.00 | 14.50 |
| 05/22/2014 | Savitsky, Shane | Conference regarding filed answer by opposing counsel | 0.10 | 145.00 | 14.50 |
| 06/11/2014 | Savitsky, Shane | Prepare and review correspondence regarding delinquency amounts owed | 0.10 | 145.00 | 14.50 |
| 06/11/2014 | Savitsky, Shane | Review delinquent amounts | 0.30 | 145.00 | 43.50 |
| 07/24/2014 | Savitsky, Shane | Prepare and review correspondence regarding total amounts owed by company | 0.20 | 145.00 | 29.00 |
| 07/25/2014 | Savitsky, Shane | Review and revise full amounts owed by company | 0.20 | 145.00 | 29.00 |
| 09/05/2014 | Savitsky, Shane | Review amounts owed for settlement negotiations | 0.30 | 145.00 | 43.50 |
| 09/05/2014 | Savitsky, Shane | Prepare and review correspondence regarding amounts owed for settlement negotiations | 0.10 | 145.00 | 14.50 |
| 09/19/2014 | Savitsky, Shane | Revise motion to strike answer and supporting documents | 0.50 | 145.00 | 72.50 |
| 09/19/2014 | Savitsky, Shane | Prepare and review correspondence regarding revisions to motion to strike answer and supporting documents | 0.10 | 145.00 | 14.50 |
| 09/19/2014 | Savitsky, Shane | File motion to strike answer and supporting documents | 0.50 | 145.00 | 72.50 |
| 09/23/2014 | Savitsky, Shane | Review file regarding new entry to case docket | 0.10 | 145.00 | 14.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2014 | Savitsky, Shane | Prepare entry of default documents | 0.30 | 145.00 | 43.50 |
| 10/03/2014 | Savitsky, Shane | Telephone conference regarding entry of default documents | 0.10 | 145.00 | 14.50 |
| 10/03/2014 | Savitsky, Shane | Prepare and review correspondence regarding entry of default documents | 0.10 | 145.00 | 14.50 |
| 10/03/2014 | Savitsky, Shane | Review file regarding new entries to case docket | 0.10 | 145.00 | 14.50 |
| 10/06/2014 | Savitsky, Shane | Prepare and review correspondence regarding entry of default documents | 0.10 | 145.00 | 14.50 |
| 10/06/2014 | Savitsky, Shane | File entry of default documents | 0.30 | 145.00 | 43.50 |
| 10/06/2014 | Savitsky, Shane | Review file regarding new entries to case docket | 0.10 | 145.00 | 14.50 |
| 10/08/2014 | Savitsky, Shane | Prepare and review correspondence regarding motion for default judgment | 0.10 | 145.00 | 14.50 |
| 10/13/2014 | Savitsky, Shane | Prepare motion for default judgment documents | 2.00 | 145.00 | 290.00 |
| 10/14/2014 | Savitsky, Shane | Prepare and revise documents for motion for default judgment | 2.60 | 145.00 | 377.00 |
| 10/14/2014 | Savitsky, Shane | Telephone conference with Fund regarding motion for default judgment | 0.10 | 145.00 | 14.50 |
| 10/14/2014 | Savitsky, Shane | Conference regarding withdrawal liability revision | 0.20 | 145.00 | 29.00 |
| 10/14/2014 | Savitsky, Shane | Prepare and review correspondence regarding motion for default judgment | 0.20 | 145.00 | 29.00 |
| 10/15/2014 | Savitsky, Shane | Prepare and review correspondence regarding motion for leave to file amended complaint | 0.20 | 145.00 | 29.00 |
| 10/15/2014 | Savitsky, Shane | Prepare, revise second amended complaint | 1.50 | 145.00 | 217.50 |
| 10/15/2014 | Savitsky, Shane | Revise motion for vacate entry of default and for leave to file second amended complaint | 0.30 | 145.00 | 43.50 |
| 10/15/2014 | Savitsky, Shane | File motion to vacate entry of default and for leave to file second amended complaint | 0.50 | 145.00 | 72.50 |
| 10/20/2014 | Savitsky, Shane | Prepare and review correspondence regarding filing of second amended complaint | 0.20 | 145.00 | 29.00 |
| 10/21/2014 | Savitsky, Shane | File second amended complaint and supporting documents | 0.40 | 145.00 | 58.00 |
| 10/21/2014 | Savitsky, Shane | Telephone conference with Court regarding amended complaint filing | 0.20 | 145.00 | 29.00 |
| 10/28/2014 | Savitsky, Shane | Prepare documents for service via longarm statute | 0.40 | 145.00 | 58.00 |
| 11/03/2014 | Savitsky, Shane | Prepare documents for filing via longarm statute | 0.50 | 145.00 | 72.50 |
| 11/03/2014 | Savitsky, Shane | Prepare and review correspondence regarding service via longarm statute | 0.10 | 145.00 | 14.50 |
| 11/19/2014 | Savitsky, Shane | Review file regarding new entry to case docket | 0.10 | 145.00 | 14.50 |
| 11/19/2014 | Savitsky, Shane | Prepare and review correspondence regarding case deadlines | 0.10 | 145.00 | 14.50 |
| 12/09/2014 | Savitsky, Shane | Prepare and review correspondence regarding entry of default documents | 0.10 | 145.00 | 14.50 |
| 12/09/2014 | Savitsky, Shane | Prepare entry of default documents | 0.30 | 145.00 | 43.50 |
| 12/09/2014 | Savitsky, Shane | Review and revise motion for default judgment documents | 0.20 | 145.00 | 29.00 |
| 12/10/2014 | Savitsky, Shane | Conference regarding entry of default documents | 0.10 | 145.00 | 14.50 |
| 12/10/2014 | Savitsky, Shane | Review motion for default judgment documents | 0.20 | 145.00 | 29.00 |
| 12/11/2014 | Savitsky, Shane | Revise entry of default documents | 0.10 | 145.00 | 14.50 |
| 12/11/2014 | Savitsky, Shane | Conference regarding entry of default documents | 0.10 | 145.00 | 14.50 |
| 12/11/2014 | Savitsky, Shane | File entry of default documents | 0.20 | 145.00 | 29.00 |
| 12/12/2014 | Savitsky, Shane | Review file regarding new entry to case docket | 0.10 | 145.00 | 14.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2014 | Savitsky, Shane | Review motion for default judgment documents | 0.20 | 145.00 | 29.00 |
| 12/19/2014 | Savitsky, Shane | Prepare and review correspondence regarding motion for default judgment | 0.10 | 145.00 | 14.50 |
| 12/19/2014 | Savitsky, Shane | Review and revise motion for default judgment documents | 0.30 | 145.00 | 43.50 |
| 12/22/2014 | Savitsky, Shane | Review and revise motion for default judgment documents | 2.00 | 145.00 | 290.00 |
| 12/22/2014 | Savitsky, Shane | Prepare and review correspondence regarding motion for default judgment documents | 0.10 | 145.00 | 14.50 |
| 12/22/2014 | Savitsky, Shane | Conference regarding motion for default judgment documents | 0.10 | 145.00 | 14.50 |
| 12/23/2014 | Savitsky, Shane | Review and revise motion for default judgment documents | 1.00 | 145.00 | 145.00 |
| 12/23/2014 | Savitsky, Shane | Prepare and review correspondence regarding settlement recommendation | 0.10 | 145.00 | 14.50 |
| 12/29/2014 | Savitsky, Shane | Revise motion for default judgment documents | 1.50 | 145.00 | 217.50 |
| 12/30/2014 | Savitsky, Shane | Review and revise motion for default judgment documents | 1.50 | 145.00 | 217.50 |
| 12/30/2014 | Savitsky, Shane | Conference regarding revisions to motion for default judgment documents | 0.20 | 145.00 | 29.00 |

**Total For Savitsky, Shane M.**  **Total Hours** 40.40  **Total Fees** 5,985.00

**Total For Time Entries**  **Total Hours** 95.30  **Total Fees** 19,959.00

## 0748.000303: Camelot Construction

*Cost Item*

| *Date Worked* | *Description* | | | | *Bill Value* |
|---|---|---|---|---|---|

**Cost Entries**

*Asset Search (Autotrack)*

| 07/31/2013 | 0768.000303: Camelot Construction, Inc. (Retainer) | | 461919 | 30.21 | LexisNexis Risk Solutions GA Inc.: July 2013 Billing Statement | 0 |
|---|---|---|---|---|---|---|
| | | Billed | | 30.21 | | |
| | | | 8888 | 30.21 | SUMMARY PHRASE: CADBT CADBT | TEB |
| 02/28/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | | 471328 | 14.28 | LexisNexis Risk Solutions GA Inc.: 1/31/14 billing statement | 0 |
| | | Billed | | 14.28 | | |
| | | | 29525 | 14.28 | SUMMARY PHRASE: CADBT CADBT | JM |

**Total For Asset Search (Autotrack)**  **Billed Costs** 44.49

*Courier*

| 02/28/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | | 472727 | 23.13 | Washington Express: 2/28/14 Billing Statement, Courier Services | 0 |
|---|---|---|---|---|---|---|
| | | Billed | | 23.13 | | |
| | | | 29579 | 23.13 | SUMMARY PHRASE: CACO CACO | DMS |
| 04/10/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | | 474404 | 177.90 | Washington Express: Washington Express: 3/31/14 Billing Statement, Courier Services | 0 |
| | | Billed | | 177.90 | | |
| | | | 29658 | 177.90 | SUMMARY PHRASE: CACO CACO | SLK |
| 11/10/2014 | Washington Express: courier 10/31/14 | | | | | 53.88 |

**Total For Courier**  **Billed Costs** 254.91

*Court fees*

| 02/11/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | | 471177 | 400.00 | Clerk, US District Court: court fees: 2/11/14 filing fee for complaint (SMS/CML) | 0 |
|---|---|---|---|---|---|---|
| | | Billed | | 400.00 | | |
| | | | 29473 | 400.00 | | DMS |

**Total For Court fees**  **Billed Costs** 400.00

*Legal Research*

| | | |
|---|---|---:|
| 10/13/2014 | Lexis-Nexis: legal research 9/30/14 | 165.36 |
| 10/13/2014 | Lexis-Nexis: legal research 9/30/14 | 140.33 |

**Total For Legal Research** — **Billed Costs 305.69**

*Miscellaneous expenses*

| | | |
|---|---|---:|
| 10/29/2014 | Office of the Secretary of the Commonwealth: fees for service of document | 28.00 |

**Total For Miscellaneous expenses** — **Billed Costs 28.00**

*Overnight Delivery*

| Date | Matter | Inv # | Amt | Description | |
|---|---|---|---|---|---|
| 02/28/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | 471334 | 21.80 | United Parcel Service: 2/22/14 billing statement | 0 |
| | | Billed | 21.80 | | |
| | | 29536 | 21.80 | SUMMARY PHRASE: CAOD CAOD | JM |
| 05/06/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | 476850 | 52.50 | Washington Express: 03/31/14  Billing Statement, Courier Services | 0 |
| | | Billed | 52.50 | | |
| | | 29754 | 52.50 | SUMMARY PHRASE: CAOD CAOD | SLK |
| 10/14/2014 | United Parcel Service: overnight delivery 9/27/14 billing statement | | | | 17.91 |
| 11/10/2014 | United Parcel Service: overnight delivery 10/18/14 billing statement | | | | 17.91 |

**Total For Overnight Delivery** — **Billed Costs 110.12**

*Pacer Service Center*

| | | |
|---|---|---:|
| 06/30/2014 | Pacer Service Center: April - June 2014 billing statement | 0.40 |
| 10/29/2014 | Pacer Service Center: July - September billing statement | 3.80 |

**Total For Pacer Service Center** — **Billed Costs 4.20**

*Photocopying*

| | | |
|---|---|---:|
| 08/21/2014 | Photocopying | 3.15 |

**Total For Photocopying** — **Billed Costs 3.15**

*Postage*

| Date | Matter | Inv # | Amt | Description | |
|---|---|---|---|---|---|
| 03/12/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | 474156 | 19.28 | Postage | 0 |
| | | Billed | | 19.28 SUMTER ZAKIA D | |
| | | | | 19.28 SUMMARY PHRASE: EXPOST EXPOST | |
| 04/28/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | 476573 | 8.24 | Postage | 0 |
| | | Billed | | 8.24 SUMTER ZAKIA D | |
| | | | | 8.24 SUMMARY PHRASE: EXPOST EXPOST | |
| 04/28/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | 476574 | 1.82 | Postage | 0 |
| | | Billed | | 1.82 SUMTER ZAKIA D | |
| | | | | 1.82 SUMMARY PHRASE: EXPOST EXPOST | |
| 07/08/2014 | Postage | | | | 0.69 |
| 08/04/2014 | Postage | | | | 1.61 |
| 10/06/2014 | Postage | | | | 0.48 |
| 10/15/2014 | Postage | | | | 1.82 |
| 11/04/2014 | Postage | | | | 9.99 |

**Total For Postage** — **Billed Costs 38.53**

*Process server fees*

| Date | Matter | | Invoice | Amount | Description | |
|---|---|---|---|---|---|---|
| 03/06/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | | 471371 | 28.00 | Office of the Secretary of the Commonwealth: Service of Process (0768.000303/CML) | 0 |
| | | Billed | 29543 | 28.00 28.00 | | JM |
| 03/14/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | | 472689 | 222.00 | Capitol Process Services: 3/4/14 Service of process to Camelot Construction. c/o Anthony Pipito, Registered Agent (0768.00303/CML) | 0 |
| | | Billed | 29554 | 222.00 222.00 | | DMS |
| 04/28/2014 | 0768.000303: Camelot Construction, Inc. (Retainer) | | 474470 | 28.00 | Office of the Secretary of the Commonwealth: 04/28/14 fees for service of process by Secretary of State | 0 |
| | | Billed | 29670 | 28.00 28.00 | | DMS |

**Total For Process server fees**                                                                                                          **Billed Costs 278.00**

*Telephone*

| Date | Number | Amount |
|---|---|---|
| 06/23/2014 | 5052665878 Telephone | 1.18 |
| 06/23/2014 | 5052665878 Telephone | 2.66 |
| 08/28/2014 | 5055081218 Telephone | 0.30 |
| 08/28/2014 | 5055081218 Telephone | 0.30 |
| 09/04/2014 | 5052160786 Telephone | 7.08 |
| 09/05/2014 | 5052160786 Telephone | 0.59 |
| 09/09/2014 | 5052160786 Telephone | 0.59 |
| 10/22/2014 | 4158827900 Telephone | 0.59 |

**Total For Telephone**                                                                                                                           **Billed Costs 13.29**

**Totals For Cost Entries**                                                                                                                     **Billed Costs 1,480.38**

**Report Totals**

| | Printed Hours | Printed Fees | Billed Costs |
|---|---|---|---|
| | 95.30 | 19,972.00 | 1,480.38 |